**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2096

KAZEEM ISHOLA,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A73-534-825)

Submitted: May 7, 2007                    Decided: May 15, 2007

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kazeem Ishola, Petitioner Pro Se. Daniel Eric Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kazeem Ishola, a native and citizen of Nigeria, seeks review of an order of the Board of Immigration Appeals (Board) affirming the Immigration Judge's (IJ) denial of his motion to reconsider. We have reviewed the administrative record and find no abuse of discretion in the Board's affirmance of the IJ's order. See 8 C.F.R. § 1003.23(b)(2) (2006); Jean v. Gonzales, 435 F.3d 475, 481, 483 (4th Cir. 2006).

Accordingly, we deny the petition for review, and deny as moot Ishola's motions to suspend the briefing order and for a stay of deportation. We grant Ishola leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED